IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GEOFFREY W. FREEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | Civil No.  05-36-JPG |
| | ) | |
| **MARY WEST, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

     The U.S. Marshals Service was ordered to effect service of process upon the defendant(s) in the above-captioned case.  The Marshals Service has been informed by the Administrative Review Board of the Illinois Department of Corrections that **Douglas A. Cravens**  is no longer employed by the Illinois Department of Corrections.  Before the Court are Notice and Requests from the U.S. Marshals Service requesting a Court Order directing the **Illinois Department of Corrections** to provide the last know address for defendant **Douglas A. Cravens**  (Doc. 27).  Defendant's addresses will be kept in confidence by both the Marshals Service and the Clerk of Court, and will only be used to effect service and to conduct the usual business of the Court.

     **IT IS HEREBY ORDERED** that for good cause shown, and in accord with *Graham v. Satoski*, 51 F.3d 710 (7th Cir. 1995), on or before **April 30,  2007**, the Illinois Department of Corrections shall provide the U.S. Marshals Service with the last known address of **Douglas A. Cravens**.   The U.S. Marshals Service can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.  A Notice of Compliance shall be filed with the Court indicating conveyance of information to the Marshals Service.

1

**IT IS FURTHER ORDERED** that the Marshals Service shall reveal these addresses to the Clerk of Court as necessary for the conduct of routine business, otherwise Defendant's addresses shall be retained by the Marshals Service.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the U.S. Marshals for the Southern District of Illinois, as well as the Director of the Illinois Department of Corrections and the Personnel Office of the Illinois Department of Corrections, both at P.O. Box 19277, Springfield, IL 62794-9277.

**IT IS SO ORDERED.**

DATED: **March 30, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
