UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| GEOFFREY W. FREEMAN, #N-40858, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | No. 05-36-JPG |
| MARY WEST, R. BLAGOJEVICH, JAMES BAUERSACHS, ROGER W. WALKER, EUGENE McADORY, SGT. HENRY, JAMES R. CHEATHAM, DOUGLAS A. CRAVENS, RANDOLPH COUNTY, ILLINOIS DEPARTMENT OF CORRECTIONS, and STEPHEN D. MOTE, | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is the defendants' motion to strike plaintiff's "Traverse to Defendant's [sic] Initial Motion for Summary Judgment" **(Doc. 52)** as an impermissible sur-reply. **(Doc. 53).** Also before the Court is plaintiff's motion to change the caption of his "traverse" to "Plaintiff's Supplemental Traverse to Defendant's [sic] Initial Motion for Summary Judgment." **(Doc. 54).**

A review of the record reveals that plaintiff initially filed a response to the defendants' motion for summary judgment, which plaintiff captioned as a traverse. **(Doc. 48).** The defendants filed a reply. **(Doc. 49).** Plaintiff then filed a second document, captioned "Traverse to Defendant's [sic] Initial Motion for Summary Judgment." **(Doc. 52).**

Local Rule 7.1(c) provides only for a single response to a motion, and clearly forbids sur-replies, regardless of how they are captioned. The first paragraph of what plaintiff now wants to characterize as a "supplemental traverse" clearly indicates that it is a sur-reply,

1

responding to the defendants' reply, because it specifically references the September 2, 2008, reply.  **(Doc. 52, p. 1, ¶1).**

**IT IS THEREFORE ORDERED** plaintiff's motion to change the caption of his "traverse" to "Plaintiff's Supplemental Traverse to Defendant's [sic] Initial Motion for Summary Judgment"  **(Doc. 54) is DENIED**.

**IT IS FURTHER ORDERED** that the defendants' motion to strike plaintiff's "Traverse to Defendant's [sic] Initial Motion for Summary Judgment" **(Doc. 53) is GRANTED.** Accordingly, the Clerk of Court shall **STRIKE** plaintiff's "Traverse to Defendant's [sic] Initial Motion for Summary Judgment" **(Doc. 52)**.

**IT IS SO ORDERED.**

**DATED:  February 12, 2009**

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE