UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEOFFREY W. FREEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARY WEST, *et al.*,<br><br>    Defendant. | Case No. 05-cv-36-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Geoffrey W. Freeman's motion for witness subpoenas for the August 26, 2009, hearing on the pending motion for summary judgment (Doc. 75).

As a preliminary matter, Freeman's motion is not signed as required by Federal Rule of Civil Procedure 11(a). It appears he has attempted to sign the document using the procedure available to attorneys registered to use the Court's Electronic Filing System – using an s/ before the signer's typed name – but that signature method is only available to registered ECF users. *See* ECF Rule 2; ECF User's Manual § 2.10. Freeman is not a registered ECF user. Even if Freeman were a registered ECF user, his signature would not satisfy the signature requirement because it does not contain his name after the s/.

Furthermore, Freeman's motion is without merit. The hearing on the summary judgment motion is for the purposes of argument only, not to present evidence or to make credibility determinations about witnesses. The Court has reviewed the evidence submitted in conjunction with the motion and will consider it at the hearing. For these reasons, the Court **DENIES** Freeman's motion for witness subpoenas (Doc. 75).

**IT IS SO ORDERED.**
**DATED: August 24, 2009**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**