**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEOFFREY W. FREEMAN, #N-40858, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  05-36-JPG |
| | ) | |
| MARY WEST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the parties' stipulation for the dismissal of plaintiff's remaining

claim (Count 1 relative to defendants West and Bauersachs) and this action, with

prejudice.  **(Doc. 96).**

**IT IS THEREFORE ORDERED** that, pursuant to the parties' stipulation, the

above-captioned action is **DISMISSED WITH PREJUDICE**.  Judgment shall enter

accordingly.  All parties shall bear their own costs.


**IT IS SO ORDERED.**

**DATED:  January 26, 2010**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**