IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEOFFREY W. FREEMAN,** | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 05-36-CJP |
| **MARY WEST, et al.,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **R. BLAGOJEVICH, RANDOLPH COUNTY, ILLINOIS DEPARTMENT OF CORRECTIONS** and **STEPHEN D. MOTE** were dismissed on October 4, 2006 by an Order entered by United States District Judge J. Phil Gilbert (Doc. 12).

Defendant **DOUGLAS A. CRAVENS** was dismissed on March 16, 2009 by an Order entered by United States District Judge J. Phil Gilbert (Doc. 61).

Defendants **ROGER W. WALKER, EUGENE McADORY, SGT. HENRY** and **JAMES R. CHEATHAM** were granted summary judgment on August 26, 2009 by United States District Judge J. Phil Gilbert (Doc. 82).

The remaining issues were dismissed with prejudice in accordance with Stipulation of Dismissal (Doc. 96) and Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 97).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **R.**

**BLAGOJEVICH, ROGER W. WALKER, EUGENE McADORY, SGT. HENRY, JAMES R. CHEATHAM, DOUGLAS A CRAVENS, RANDOLH COUNTY, ILLINOIS DEPARTMENT OF CORRECTIONS** and **STEPHEN D. MOTE** and against plaintiff **GEOFFREY W. FREEMAN**.  Defendants **MARY WEST** and **JAMES BAUERSACHS** are dismissed with prejudice.

Plaintiff shall take nothing from this action.

**DATED** this 27th  day of January, 2010

              **NANCY J. ROSENTSTENGEL, Clerk**

              **BY: S/ Angela Vehlewald**
                 Deputy Clerk

**Approved by      S/ Clifford J. Proud**
     **United States Magistrate Judge**
       **Clifford J. Proud**